

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:       In re Sheila Coleman

Appellate case number:    01-21-00499-CV

Trial court case number:   2020-03341

Trial court:                      312th District Court of Harris County

     Relator, Sheila Coleman, has filed a petition for a writ of mandamus and an emergency motion for temporary relief. The emergency motion for temporary relief is **denied**.

     It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                          Acting individually

Date: <u>September 23, 2021</u>